UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
HARRY C. FLEEGLE,

                Petitioner,

    v.                                      08-CV-0771

JAMES CONWAY, Superintendent,
Attica Correctional Facility,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## **DECISION and ORDER**

      This matter brought pursuant to 28 U.S.C. § 2254 was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      No objections to the August 5, 2010 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein and **DISMISSES** the petition as untimely.

IT IS SO ORDERED.

Dated: October 26, 2010

Thomas J. McAvoy
Senior, U.S. District Judge